

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

1712 South Prairie LLC, Kargil Development Partners LLC, Keith Giles and Jerry Karlik,
v.
Honorable Robert Fioretti, Individually and in his Official Capacity

Case Number: KC

**FILED**
NOV 29 2007
nov 29 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant Robert Fioretti

**07CV6703**
**JUDGE COAR**
**MAGISTRATE JUDGE NOLAN**

| | |
|---|---|
| NAME (Type or print) WILLIAM M. AGUIAR | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ | |
| FIRM City of Chicago Department of Law | |
| STREET ADDRESS 30 North LaSalle, Suite 1230 | |
| CITY/STATE/ZIP Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6242406 | TELEPHONE NUMBER (312) 744 - 4216 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |