

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                       Case Number:

1712 South Prairie LLC, Kargil Development Partners LLC, Keith Giles and Jerry Karlik,
              v.

Robert Fioretti, Individually and in his Official Capacity

**FILED**
KC
NOV 29 2007
nov 29 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant Robert Fioretti

07CV6703
JUDGE COAR
MAGISTRATE JUDGE NOLAN

| | |
|---|---|
| NAME (Type or print) REBECCA ALFERT | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ | |
| FIRM City of Chicago Department of Law | |
| STREET ADDRESS 30 North LaSalle Street, Suite 1230 | |
| CITY/STATE/ZIP Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6279592 | TELEPHONE NUMBER (312) 742 - 0260 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐