IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| 1712 SOUTH PRAIRIE LLC, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 07 C 6703 |
| | ) | Judge David H. Coar |
| HONORABLE ROBERT FIORETTI, | ) | Magistrate Judge Nan Nolan |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

**TO:**   Michael L. Shakman
Daniel M. Feeney
MILLER SHAKMAN & BEEM LLP
180 N. LaSalle Street, Suite 3600
Chicago, IL 60601

**PLEASE TAKE NOTICE** that on December 6, 2007, at the hour of 9:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable David H. Coar in Courtroom 1419 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, or any such judge sitting in his place and stead, and present **Defendant's Motion for an Extension of Time to Answer or Otherwise Plead to Plaintiffs' Complaint**, a copy of which is attached and is hereby served upon you.

Dated: December 3, 2007        Respectfully submitted,

MARA S. GEORGES,
Corporation Counsel for the City of Chicago

By:     /s/ William Macy Aguiar
        Assistant Corporation Counsel

Mardell Nereim
William Macy Aguiar
Rebecca Alfert
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois  60602
(312) 744-6975, 744-4216, 742-0260