## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 07 C 6703

1712 SOUTH PRAIRIE LLC, et al., Plaintiffs,

vs.

HONORABLE ROBERT FIORETTI, Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

1712 SOUTH PRAIRIE LLC, KARGIL DEVELOPMENT PARTNERS LLC,
KEITH GILES and JERRY KARLIK

| | |
|---|---|
| NAME (Type or print) <br> Daniel M. Feeney | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Daniel M. Feeney | |
| FIRM <br> MILLER SHAKMAN & BEEM LLP | |
| STREET ADDRESS <br> 180 North LaSalle Street -- Suite 3600 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06224893 | TELEPHONE NUMBER <br> (312) 263-3700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X]  NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ]  NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X]  NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X]  NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL [ ]    APPOINTED COUNSEL [ ] | |

## CERTIFICATE OF SERVICE

The undersigned attorney, upon oath, hereby certifies that a copy of the foregoing **Appearances of Daniel M. Feeney, Michael L. Shakman and Jennifer E. Smiley**, was served upon the named party(ies) via ECF (electronic filing) on the **6**[th] day of **December, 2007.**

_____s/s Daniel M. Feeney_____

Michael L. Shakman  (ARDC #02558823)
Daniel M. Feeney (ARDC #06224893)
Jennifer E. Smiley (ARDC #6275940)
MILLER SHAKMAN & BEEM LLP
180 North La Salle Street - Suite 3600
Chicago, IL 60601
Atty. No. 90236
Telephone:   (312) 263-3700
Facsimile:    (312) 263-3270