## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                            Case Number: 07 C 6703

1712 SOUTH PRAIRIE LLC, et al., Plaintiffs,

vs.

HONORABLE ROBERT FIORETTI, Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

1712 SOUTH PRAIRIE LLC, KARGIL DEVELOPMENT PARTNERS LLC, KEITH GILES and JERRY KARLIK

| NAME (Type or print) |
| --- |
| Jennifer E. Smiley |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Jennifer E. Smiley |
| FIRM |
| MILLER SHAKMAN & BEEM LLP |
| STREET ADDRESS |
| 180 North LaSalle Street -- Suite 3600 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6275940 | (312) 263-3700 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |

## CERTIFICATE OF SERVICE

The undersigned attorney, upon oath, hereby certifies that a copy of the foregoing **Appearances of Daniel M. Feeney, Michael L. Shakman and Jennifer E. Smiley**, was served upon the named party(ies) via ECF (electronic filing) on the 6th day of **December, 2007.**

                                                            s/s Daniel M. Feeney

Michael L. Shakman  (ARDC #02558823)
Daniel M. Feeney (ARDC #06224893)
Jennifer E. Smiley (ARDC #6275940)
MILLER SHAKMAN & BEEM LLP
180 North La Salle Street - Suite 3600
Chicago, IL 60601
Atty. No. 90236
Telephone:    (312) 263-3700
Facsimile:    (312) 263-3270