## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
## Eastern Division

1712 South Prairie LLC, et al.

                        Plaintiff,

v.                                            Case No.: 1:07−cv−06703
                                            Honorable David H. Coar

Robert Fioretti, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 6, 2007:

      MINUTE entry before Judge David H. Coar :Motion hearing held on 12/6/2007 regarding extension of time[7].MOTION by Defendant Robert Fioretti for extension of time to answer or otherwise plead [7] is granted, defendant to answer or plead on or before 1/4/2008. No further extensions.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.