U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

1712 SOUTH PRAIRIE LLC, et al., Plaintiffs,

vs.

HONORABLE ROBERT FIORETTI, Defendant.

Case Number: 07 C 6703

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

1712 SOUTH PRAIRIE LLC, KARGIL DEVELOPMENT PARTNERS LLC, KEITH GILES and JERRY KARLIK

| | |
|---|---|
| NAME (Type or print) | |
| Michael L. Shakman | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Michael L. Shakman | |
| FIRM | |
| MILLER SHAKMAN & BEEM LLP | |
| STREET ADDRESS | |
| 180 North LaSalle Street -- Suite 3600 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 02558823 | (312) 263-3700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

CERTIFICATE OF SERVICE

Michael L. Shakman, an attorney, hereby certifies that the foregoing Appearance of Michael L. Shakman was served upon the named party(ies) via ECF (electronic filing) on the 19th day of December, 2007.

s/ Michael L. Shakman