IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| 1712 SOUTH PRAIRIE LLC, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 07 C 6703 |
| | ) | Judge David H. Coar |
| HONORABLE ROBERT FIORETTI, | ) | Magistrate Judge Nan Nolan |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

**TO:**   Michael L. Shakman
Daniel M. Feeney
Jennifer E. Smiley
MILLER SHAKMAN & BEEM LLP
180 N. LaSalle Street, Suite 3600
Chicago, IL 60601

**PLEASE TAKE NOTICE** that on January 10, 2008, at the hour of 9:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable David H. Coar in Courtroom 1419 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, or any such judge sitting in his place and stead, and present **Agreed Motion to Dismiss Count VI and Other Requests for Relief**, a copy of which is attached and is hereby served upon you.

Dated: January 4, 2008             Respectfully submitted,

                                   MARA S. GEORGES,
                                   Corporation Counsel for the City of Chicago

                                   By:    /s/ William Macy Aguiar
                                          Assistant Corporation Counsel

Mardell Nereim
William Macy Aguiar
Rebecca Alfert
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois  60602
(312) 744-6975, 744-4216, 742-0260

## **CERTIFICATE OF SERVICE**

I, William Macy Aguiar, an attorney, hereby certify that on this, the 4th day of January, 2008, I caused a copy of: (1) Notice of Agreed Motion; and (2) Agreed Motion to Dismiss Count VI and Other Requests for Relief, to be served by electronic filing (ECF) on

>Michael L. Shakman
>Daniel M. Feeney
>Jennifer E. Smiley
>MILLER SHAKMAN & BEEM LLP
>180 N. LaSalle Street, Suite 3600
>Chicago, IL 60601

>/s/ William Macy Aguiar
>William Macy Aguiar