Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6703 | **DATE** | 1/8/2008 |
| **CASE TITLE** | 1712 South Prairie LLC vs. Fioretti | | |

**DOCKET ENTRY TEXT**

Enter Agreed order regarding the dismissal of certain counts of the Complaint.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|