CH

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| 1712 SOUTH PRAIRIE LLC, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 07 C 6703 |
| ) | Judge David H. Coar |
| HONORABLE ROBERT FIORETTI, ) | Magistrate Judge Nan Nolan |
| ) | |
| Defendant. ) | |

### AGREED ORDER

This matter coming to be heard on the agreement of the Parties, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED:**

1. Count VI of Plaintiffs' Complaint is dismissed without prejudice; and

2. Plaintiffs' requests in Counts I, II, III, and IV that the Court enter preliminary and permanent injunctive relief barring Alderman Fioretti from taking any further steps to prevent or delay the Zoning Committee or the City Council from holding a hearing and vote on the Fioretti Revocation Ordinance are dismissed without prejudice.

ENTERED:

_____
Judge David H. Coar
United States District Court for the
Northern District of Illinois

January 8, 2008