IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| 1712 SOUTH PRAIRIE LLC, KARGIL DEVELOPMENT PARTNERS LLC, KEITH GILES and JERRY KARLIK, | ) ) ) ) | Case No. 07 C 6703 |
| Plaintiffs, | ) ) | |
| v. | ) ) | Honorable David H. Coar |
| HONORABLE ROBERT FIORETTI, Individually, | ) ) ) ) | |
| Defendant. | ) | |

## SCHEDULING ORDER

1. **Discovery**

    The following time limits and deadlines shall be applicable.

    A.  All disclosures required by Rule 26(a)(1) shall be made on or before January 10, 2008.

    B.  Any amendments to pleadings or actions to join other parties shall be filed on or before February 1, 2008.

    (It is recommended that any joinder or amendments be made early in the discovery process so as to avoid the need to prolong discovery as to new parties or new issues.)

    C.  The cutoff of fact discovery is June 30, 2008.

    D.  The parties shall disclose expert testimony pursuant to Rule 26(a)(2) on or before July 31, 2008.

    E.  The parties may depose the other side's expert at any time prior to September 12, 2008.

    F.    The parties shall disclose any rebuttal expert pursuant to Rule 26(a)(2)(c) at any time prior to September 30, 2008

    G.    The parties shall have until October 31, 2008 to depose the opposing party's rebuttal expert.

2. **Motions**

Any dispositive motions to be filed on or before August 15, 2008. (Ordinarily this date will be 30 days following the close of fact discovery.)

3. **Final Pretrial Order and Conference**

The final pretrial order shall be filed on or before November 14, 2008. (Ordinarily this date will be 90 days after the deadline for dispositive motions.)

The final pretrial conference will be held on _____ at _____.m. (This date and time will be set by the Court at the Rule 16 conference.)

4. **Trial**

Trial is set in this matter on _____ at 10:00 a.m. (The trial date will be set by the Court at the Rule 16 conference.)

5. **Status Hearings**

A further status hearing/preliminary pretrial conference should be held on _____.

 

**Judge David H. Coar**
**United States District Judge**

Dated:_____, 2008.

2

## CERTIFICATE OF SERVICE

The undersigned attorney, upon oath, hereby certifies that a copy of the foregoing **Scheduling Order**, was served upon the named party(ies) via ECF (electronic filing) on the **29**[th] day of **January, 2008.**

/s/ Daniel M. Feeney

Michael L. Shakman  (ARDC #02558823)
Daniel M. Feeney (ARDC #06224893)
MILLER SHAKMAN & BEEM LLP
180 North La Salle Street - Suite 3600
Chicago, IL 60601
Atty. No. 90236
Telephone:    (312) 263-3700
Facsimile:    (312) 263-3270