IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| 1712 SOUTH PRAIRIE LLC, KARGIL DEVELOPMENT PARTNERS LLC, KEITH GILES and JERRY KARLIK,<br><br>　　　　Plaintiffs,<br><br>　　V.<br><br>HONORABLE ROBERT FIORETTI, Individually,<br><br>　　　　Defendant. | Case No. 07 C 6703<br><br>Honorable David H. Coar |

## MOTION TO WITHDRAW
### APPEARANCE OF JENNIFER E. SMILEY

Pursuant to Local Rule 38.17, Jennifer E. Smiley of Miller Shaman & Beem LLP ("MSB") hereby moves the Court for an Order granting her leave to withdraw as one of the attorneys for 1712 South Prairie LLC, Kargil Development Partners LLC, Keith Giles and Jerry Karlick. As of February 1, 2008, Ms. Smiley will no longer be practicing law with MSB.

Dated: January 29, 2008　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　1712 South Prairie LLC, Kargil Development
　　　　　　　　　　　　　　　　　　　　Partners LLC, Keith Giles and Jerry Karlick


　　　　　　　　　　　　　　　　　　　　　s/ Jennifer E. Smiley
　　　　　　　　　　　　　　　　　　　　　　One of his attorneys

Michael L. Shaman
Daniel M. Feeney
Jennifer E. Smiley
**MILLER SHAKMAN & BEEM LLP**
180 North LaSalle Street, Suite 3600
Chicago, IL 60601
(312) 263-3700
(312) 263-3270 (fax)

1

**CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2008, service of the foregoing **MOTION TO WITHDRAW APPEARANCE OF JENNIFER E. SMILEY** was accomplished pursuant to Electronic Case Filing (ECF) as to Filing Users and in compliance with LR 5.5 as to any party who is not a Filing User.


Date: January 29, 2008                                    s/Jennifer E. Smiley
                                                          Jennifer E. Smiley