IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| 1712 SOUTH PRAIRIE LLC, KARGIL DEVELOPMENT PARTNERS LLC, KEITH GILES and JERRY KARLIK, <br><br>　　　　Plaintiffs, <br><br>　　　　V. <br><br>HONORABLE ROBERT FIORETTI, Individually, <br><br>　　　　Defendant. | Case No. 07 C 6703 <br><br> Honorable David H. Coar |

**NOTICE OF MOTION**

To:   See attached Certificate of Service

PLEASE TAKE NOTICE that on **Wednesday**, **February 6, 2008** at **9:00 a.m.**, we shall appear before the Honorable David H. Coar, Courtroom 1419, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Motion to Withdraw Appearance of Jennifer E. Smiley**, a copy of which has been served upon you.

Dated: January 29, 2008　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　1712 South Prairie LLC, Kargil Development
　　　　　　　　　　　　　　　　　　　　Partners LLC, Keith Giles and Jerry Karlick


　　　　　　　　　　　　　　　　　　　　By: /s/ Jennifer E. Smiley
　　　　　　　　　　　　　　　　　　　　　　　One of his attorneys

Michael L. Shakman
Daniel M. Feeney
Jennifer E. Smiley
**MILLER SHAKMAN & BEEM LLP**
180 North LaSalle Street, Suite 3600
Chicago, IL 60601
(312) 263-3700

## CERTIFICATE OF SERVICE

     The undersigned, an attorney, hereby certify that she caused a true and correct copy of the **Notice of Motion** to be sent via e-filing, pursuant to Case Management/ECF, and in compliance with LR 5.5 as to any party who is not a Filing User.

Dated:  January 29, 2008

                                                                     s/Jennifer E. Smiley