## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6703 | **DATE** | 2/5/2008 |
| **CASE TITLE** | South Prairie LLC., et al vs. Fioretti, et al | | |

**DOCKET ENTRY TEXT**

Motion [27] to withdraw appearance of Jennifer E. Smiley as one of the attorneys for the plaintiffs is granted. Leave granted Jennifer E. Smiley to withdraw as attorney for the plaintiff. Parties need not appear on the noticed motion date of 2/6/2008.
/s/David H. Coar
David H. Coar, U.S. District Judge

Docketing to mail notices.

00:01

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|