# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| 1712 SOUTH PRAIRIE LLC, KARGIL DEVELOPMENT PARTNERS LLC, KEITH GILES and JERRY KARLIK, <br><br>　　　　　Plaintiffs, <br><br>　　　　　v. <br><br>HONORABLE ROBERT FIORETTI, Individually, <br><br>　　　　　Defendant. | Case No. 07 C 6703 <br><br> Honorable David H. Coar |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs 1712 South Prairie LLC, Kargil Development Partners LLC, Keith Giles and Jerry Karlik, pursuant to Fed. R. Civ. P. 41(a)(1), hereby file this notice of voluntary dismissal.

Dated: February 14, 2008

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: /s/ Daniel M. Feeney　　　　　.
　　　　　　　　　　　　　　　　　　　　　　One of the plaintiffs' attorneys

Michael L. Shakman (ARDC# 02558823)
Daniel M. Feeney (ARDC# 6224893)
MILLER SHAKMAN & BEEM LLP
180 N. LaSalle St. Suite 3600
Chicago, IL 60601
(312) 263-3700

## CERTIFICATE OF SERVICE

The undersigned attorney, upon oath, hereby certifies that a copy of the foregoing **Plaintiffs' Notice of Voluntary Dismissal** was served upon the parties of record via ECF (electronic filing) on the 14th day of **February 2008.**

                                                    /s/ Daniel M. Feeney

Michael L. Shakman (ARDC #02558823)
Daniel M. Feeney (ARDC #06224893)
MILLER SHAKMAN & BEEM LLP
180 North La Salle Street - Suite 3600
Chicago, IL 60601
Atty. No. 90236
Telephone: (312) 263-3700
Facsimile: (312) 263-3270