## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6703 | **DATE** | 2/21/2008 |
| **CASE TITLE** | 1712 South Prairie LLC et al vs. Fioretti et al | | |

**DOCKET ENTRY TEXT**

Pursuant to the Notice [31] of Voluntary Dismissal, this action is dismissed. Any pending motion, scheduling dates are moot and terminated. Civil case terminated.
/s/David H. Coar
David H. Coar, U.S. District Judge

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|